147 A.3d 431

IN THE MATTER OF ANTHONY F. MALANGA, JR. AN
ATTORNEY AT LAW (ATTORNEY NO. 025921982)

OCTOBER 20, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 15-336, recommending that **ANTHONY F. MA-
LANGA, JR.**, of **MOUNTAINSIDE**, who was admitted to the bar
of this State in 1982, be disbarred for violating *RPC* 1.1(a) (gross
neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) and (c) (failure to
communicate with clients), *RPC* 1.7(a)(1) (conflict of interest),
*RPC* 1.8(e) (provision of financial assistance to clients in connec-
tion with pending or contemplated litigation), *RPC* 1.15(c) (failure
to keep disputed property separate and intact until the dispute
was resolved), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.4(b)
(commission of a criminal act that reflects adversely on the
attorney's honesty, trustworthiness, and fitness as a lawyer), *RPC*
8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresen-
tation), *RPC* 8.4(d) (engaging in conduct prejudicial to the admin-
istration of justice), and the principles of *In re Wilson*, 81 *N.J.*
451, 409 *A.*2d 1153;

And **ANTHONY F. MALANGA**, JR., having been ordered to
show cause why he should not be disbarred or otherwise disci-
plined;

And good cause appearing;

It is ORDERED that **ANTHONY F. MALANGA, JR.**, be
disbarred, effective immediately, and that his name be stricken
from the roll of attorneys;

ORDERED that **ANTHONY F. MALANGA, JR.**, be and here-
by is permanently restrained and enjoined from practicing law;
and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **ANTHONY F. MALANGA, JR.**, pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **ANTHONY F. MALANGA, JR.**, comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.